FILED

17 OCT 19 PM 12:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: RMC    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17 CR 3430 WQH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2251(c) and (e) – Attempted Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) and (b)(2) – Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Secs. 2428 and 2253(b) – Criminal Forfeiture |
| CARSTEN IGOR ROSENOW, aka Carlos Senta, Defendant. | |

The grand jury charges:

Count 1

From on or about March 27, 2017 to on or about April 26, 2017, out of the jurisdiction of any particular State and district, defendant CARSTEN IGOR ROSENOW, aka Carlos Senta, who was arrested in the Southern District of California, did intentionally attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct outside of the United States, its territories and possessions, for the purpose of producing a visual depiction of such

RWG:nlv:San Diego
10/17/17

conduct, and intended to transport such visual depiction to the United States, its territories and possessions, by a means and facility of interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(c) and (e).

## Count 2

On or about March 14, 2017, within the Southern District of California and elsewhere, defendant CARSTEN IGOR ROSENOW, aka Carlos Senta, a United States citizen, did travel in interstate and foreign commerce for the purpose of engaging in illicit sexual conduct with another person, that is, a commercial sex act, as defined in Title 18, United States Code, Section 1591, with a person under eighteen years of age; in violation of Title 18, United States Code, Section 2423(b).

## Count 3

On or about June 21, 2017, within the Southern District of California, defendant CARSTEN IGOR ROSENOW, aka Carlos Senta, did knowingly possess at least one matter, that is, digital media devices storing digital and computer images, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

//
//
//

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 3 of this Indictment are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2428 and 2253.

2. Upon conviction of the offense alleged in Count 2, which alleges a violation of Title 18, United States Code, Section 2423(b), defendant CARSTEN IGOR ROSENOW, aka Carlos Senta, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428 all his interest in property, real and personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and any property, real and personal, constituting and derived from any proceeds that he obtained, directly and indirectly, as a result of the violation.

3. Upon conviction of one or more of the offenses alleged in Counts 1 and 3, which allege violations of Title 18, United States Code, Sections 2251 and 2252, defendant CARSTEN IGOR ROSENOW, aka Carlos Senta, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all his interest in: any visual depiction which was produced, transported, mailed, shipped, or received in violation of law; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses and any property traceable to such property.

//
//

4. If any of the forfeitable property described above in Paragraphs 2 and 3, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 2428(b) and 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraphs 2 and 3.

All pursuant to Title 18, United States Code, Sections 2428 and 2253(b).

DATED: October 19, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
RENEE GREEN
Special Asst. U.S. Attorney

4